08-15-00068-CR

CAUSE NO. 1363178D

COA NO. 08-15-00068-CR

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS
5/8/2015 5:08:12 PM
DENISE PACHECO
Clerk

| | | |
|---|---|---|
| DUSTIN SHANE GRAYDON | \| | IN THE 213TH JUDICIAL |
| | \| | |
| VS. | \| | DISTRICT COURT OF TEXAS |
| | \| | |
| THE STATE OF TEXAS | \| | IN AND FOR TARRANT COUNTY |

My name is Sheila Walker.  I am the official court reporter for the 213th Judicial District Court of Tarrant County, Texas.  I reported the proceedings in the above-mentioned cause number.

Tuesday, May 5, I called Attorney Jim Shaw's office.  I spoke with the receptionist, who stated Mr. Shaw was in a murder trial.  The receptionist informed me that she would talk to Jim about this case but that the Defendant, Graydon, could not be found and this matter would probably be abated back to the trial court for a hearing. She said she would call me back, but I have not received a call from her since.  Thank you for your consideration in this matter.

_____

SHEILA WALKER, CSR

OFFICIAL COURT REPORTER

TARRANT COUNTY, TEXAS